1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8  _____
                                              )
9                                             )
                                              )
10  IN RE NETWORK COMMERCE INC.               )      No. C01-0675L
    SECURITIES LITIGATION                     )
11                                            )      ORDER TO SHOW CAUSE
                                              )
12                                            )
    _____ )
13

14         By Order dated October 29, 2004, the Court denied defendants' motion to dismiss

15  the above-captioned matter.  Pursuant to Fed. R. Civ. P. 12(a)(4)(A), defendants were to have

16  filed their answer to the Amended Securities Fraud Class Action Complaint within ten days of

17  the Court's denial of the motion to dismiss.[1]  No answer has been filed as of this date.

18

19         Defendants are hereby ORDERED TO SHOW CAUSE why a default and default

20  judgment should not be entered against them in the above-captioned matter.  Defendants shall

21  file their response, if any, within ten days of the date of this Order.  The Clerk of Court is

22  directed to place this Order to Show Cause on the Court's calendar for Friday, May 6, 2005.

23

24

25  _____

26     [1]  At the very latest, defendants' answer was due on February 16, 2005, ten judicial days after the
    Court denied their motion for reconsideration.

    ORDER TO SHOW CAUSE

DATED this 18th day of April, 2005.

Robert S. Lasnik
United States District Judge